

FILED
04/20/2023
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 23-0150

# IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0150

PAMELA JO POLEJEWSKI,

Plaintiff and Appellant,

v.

ORDER

CASCADE COUNTY, JOHN and JANE DOE,

Defendant and Appellee.

Appellant Pamela Jo Polejewski has filed a 60-day motion for extension of time to file her opening brief.

IT IS HEREBY ORDERED that Appellant has until July 6, 2023, to file her opening brief.

No further extensions will be granted unless Appellant notes in the motion that opposing counsel has been contacted and whether there is an objection to the motion.

DATED this ⟨20⟩ day of April, 2023.

For the Court,

_____
Chief Justice